UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-18 |
| v. | * | SECTION: "I" |
| RANDI LEWIS<br>a/k/a "TEDDY"<br>a/k/a "TEDDY P." | *<br><br>* | |

\*   \*   \*

## FACTUAL BASIS

The defendant, **RANDI LEWIS (a/k/a "Teddy," a/k/a "Teddy P.")** (hereinafter, the "defendant" or "**LEWIS**"), has agreed to plead guilty to Count Two of the Indictment currently pending against him, charging **LEWIS** with violating Title 18, United States Code, Sections 1591(a), 1591(b)(1), 1594(a), and 2. Should this matter proceed to trial, both the Government and the defendant, **LEWIS**, do hereby stipulate and agree that the following facts set forth a sufficient factual basis for the crime to which the defendant is pleading guilty. The Government and the defendant further stipulate that the Government would have proven, through the introduction of competent testimony and admissible, tangible exhibits, the following facts beyond a reasonable doubt to support the allegations in the Indictment now pending against the defendant:

**Introduction**

The Government would show that the defendant, **LEWIS**, was a male who was born in about November 1987 and who resided in the Houston, Texas area.

The Government would show that Chelsea Gee was a female who was born in about April 2003 and who resided in the Houston, Texas area.

The Government would show that, at all times mentioned in the Indictment, **Minor Victim**

Page **1** of 7

AUSA VG
Defendant RL
Defense Counsel

was a juvenile female who was born in about March 2008, and who resided in the Houston, Texas area.

The Government would present eyewitness testimony and documentary evidence that **LEWIS** met Gee in about late 2019 or early 2020 in the Houston, Texas area. **LEWIS** recruited Gee to work for him and engage in commercial sex acts under his direction; Gee agreed. **LEWIS** then became Gee's pimp and arranged for her to engage in sexual acts with others in exchange for money. As part of **LEWIS'S** facilitation of Gee's commercial sex acts, **LEWIS** and Gee traveled throughout Texas and Louisiana, including in Houston, Texas, Baton Rouge, Louisiana, and New Orleans, Louisiana, for the purpose of having Gee perform commercial sex acts. **LEWIS** kept all, or most, of the proceeds from Gee's commercial sex acts.

The Government would further present eyewitness testimony and documentary evidence that **LEWIS** and others acting in concert with **LEWIS** created advertisements on an online classified ad service commonly used to advertise sexual services in exchange for money, through which **LEWIS** received telephone calls and text messages inquiring about, scheduling, and arranging commercial sex act "dates" with Gee. **LEWIS** scheduled the time, location, cost, and other logistics of the commercial sex acts. **LEWIS** also instituted a series of rules Gee was to follow, including how to behave, what to wear, with whom she was allowed to interact (*i.e.*, look at and speak to), and how much she was expected to earn from engaging in commercial sex acts on a daily basis. **LEWIS** routinely tracked Gee's location using a location sharing cellular phone application. **LEWIS** also regularly engaged in sexual acts with Gee.

AUSA _____
Defendant _____
Defense Counsel _____

**Recruitment of Minor Victim**

The Government would present the testimony of eyewitnesses and introduce recorded statements and documentary evidence that in about June 2021, **LEWIS** and Gee met **Minor Victim** in the Houston, Texas area. **LEWIS** instructed Gee to talk to **Minor Victim** and recruit **Minor Victim** to work for **LEWIS** and engage in commercial sex acts under his direction. In furtherance of the scheme, **LEWIS** and Gee engaged in the following text-based communication about recruiting **Minor Victim** on about June 21, 2021:

| From | To | Time | Text |
|---|---|---|---|
| Gee | Lewis | 4:21:09 am | Tell that hoe to get in your car |
| Lewis | Gee | 4:22:13 am | I'm on the hoe |
| Gee | Lewis | 4:32:38 am | Daddy I'm tired |
| Lewis | Gee | 4:33:57 am | Get that hoe on the white |
| Gee | Lewis | 4:35:06 am | I'm on it |
| Lewis | Gee | 4:37:53 am | What's up |
| Gee | Lewis | 4:38:21 am | Pull up on talk to her daddy |
| Gee | Lewis | 4:38:30 am | The hoe thinking about |
| Lewis | Gee | 4:39:00 am | Tell her u got a room |
| Gee | Lewis | 4:39:00 am | She crying |
| Lewis | Gee | 4:39:09 am | 😶 |
| Lewis | Gee | 4:39:26 am | All the hoe gotta do is choose up |
| Lewis | Gee | 4:39:40 am | Choose and let me deliver the news |
| Lewis | Gee | 4:44:15 am | She smoke |
| Gee | Lewis | 4:44:23 am | Yea |
| Lewis | Gee | 4:45:53 am | Tell the hoe y'all gon go to the room and smoke and just talk about it |
| Gee | Lewis | 4:49:42 am | Daddy come on me |
| Lewis | Gee | 4:51:21 am | Wheee |
| Lewis | Gee | 4:51:42 am | I'm by the school |
| Gee | Lewis | 4:51:50 am | The hoe already scared |

The Government would further admit documentary evidence and eyewitness testimony that after successfully recruiting **Minor Victim**, **LEWIS** became **Minor Victim's** pimp and arranged for her to engage in sexual acts with others in exchange for money. Thereafter, **LEWIS** directed and facilitated **Minor Victim's** commercial sex acts. **LEWIS** scheduled the time, location, cost,

AUSA _JG_
Defendant _[initials]_
Defense Counsel _[initials]_

and other logistics of the commercial sex acts. **LEWIS** tracked the location of Gee and **Minor Victim** through a location-sharing cellular phone application. As with Gee, **LEWIS** required **Minor Victim** to turn over all, or most, of the money she earned from prostitution to **LEWIS**. **LEWIS** and Gee gave **Minor Victim** instruction and guidance on matters related to the successful performance of commercial sex activities, including ways to behave, what to wear, how to identify and avoid law enforcement, and how to best solicit and engage in commercial sex activities under **LEWIS'S** direction.

The Government would further admit documentary evidence and eyewitness testimony that Gee and **Minor Victim**, acting at **LEWIS'S** direction, solicited commercial sex act "dates" in several ways. First, Gee and **Minor Victim** solicited potential commercial sex acts by walking along streets in the Houston, Texas, area, including "The Blade," a local nickname for Bissonnet Street. Additionally, **LEWIS**, acting in concert with others, created advertisements on an online classified ad service commonly used to advertise sexual services in exchange for money, through which **LEWIS** received telephone calls and text messages inquiring about, scheduling, and arranging commercial sex act "dates" with Gee and **Minor Victim**.

The Government would present eyewitness testimony and documentary evidence that **LEWIS** had a reasonable opportunity to observe **Minor Victim**.

The Government would introduce eyewitness testimony that **LEWIS** and Gee provided **Minor Victim** with illicit and mood-altering drugs, including marijuana, to numb her senses, control her behavior, and/or to encourage **Minor Victim** to engage in acts of prostitution.

**Travel to New Orleans**

The Government would introduce documentary evidence, including cellular phone records, social media records, commercial carrier records, and online classified advertisements, that on

about June 22, 2021, **LEWIS** purchased tickets for Gee, **Minor Victim**, and he to travel via commercial bus from Houston, Texas, to the New Orleans, Louisiana area for the purpose of Gee and **Minor Victim** engaging in commercial sex acts. After purchasing the tickets, on June 22, 2021, **LEWIS**, Gee, and Minor Victim travelled in interstate commerce, from Houston, Texas, to the New Orleans, Louisiana area. From on or about June 22, 2021, through on or about June 24, 2021, at **LEWIS'S** direction and supervision, Gee and **Minor Victim** worked in the New Orleans, Louisiana area performing commercial sex acts.

The Government would introduce documentary evidence, namely hotel records and cellular telephone records, as well as eyewitness testimony that on about June 22, 2021, **LEWIS** rented a hotel room in **LEWIS'S** name at a La Quinta Inn hotel located in Terrytown, Louisiana, for Gee and **Minor Victim** to use for commercial sex acts arranged by **LEWIS**.

The Government would further introduce eyewitness testimony and documentary evidence that on or about June 23, 2021, **LEWIS**, acting in concert with others, created advertisements on a location-specific online classified ad service commonly used to advertise sexual services in exchange for money, through which **LEWIS** received telephone calls and text messages inquiring about, scheduling, and arranging commercial sex act "dates" with Gee and **Minor Victim**. Among the advertisements was one entitled "Take a Shot of Hennessy ASK ABOUT MY SPECIALS and The 2 GIRLS SHOW." The advertisement stated, "New BBW IN TOWN. Come see me. Available now young, pretty and submissive. All outcall require a deposit. NO EXCPETIONS. Ask about 2 girl. INCALL. Anal Friendly. Fetishes Friendly. No Rush. No Law enforcement. No weapons. No Pimps. No Bare anything." Included with the advertisement were four pictures of Gee dressed in red lingerie and posed in a sexually explicit manner, one picture of Gee dressed in a midriff shirt, and three pictures of **Minor Victim**, nude, posed in sexually

Page **5** of **7**

AUSA JG
Defendant
Defense Counsel

suggestive positions, with her breast and genitals covered by emojis.

Detectives with the Jefferson Parish Sheriff's Office and Special Agents with the Federal Bureau of Investigation (FBI) would testify that on about June 24, 2021, law enforcement officials arrived at the La Quinta Inn located at 50 Terry Parkway, in Terrytown, Louisiana, within the Eastern District of Louisiana, and observed **LEWIS** standing directly outside Room 260 and Gee and **Minor Victim** inside Room 260. Law enforcement authorities identified **Minor Victim** as a minor and subsequently arrested **LEWIS** and Gee. Law enforcement authorities subsequently found the following items, among others, inside Room 260: a blue package containing marijuana, a black "Champion" bag containing men's clothes and approximately 18 multicolored pills subsequently determined to be methylenedioxymethamphetamine (MDMA), multiple cellular phones, several packs of unused Trojan-brand Magnum condoms, and pepper spray.

The above facts come from an investigation conducted by, and would be proven at trial by credible testimony from, Special Agents from the FBI, Detectives from the Jefferson Parish Sheriff's Office, other witnesses, documents and electronic devices in the possession of the FBI, and statements made by the defendant, **RANDI LEWIS (a/k/a "Teddy," a/k/a "Teddy P.")**.

AUSA _JG_
Defendant _[signature]_
Defense Counsel _[signature]_

**Limited Nature of Factual Basis**

The evidence contained herein constitutes a minimum statement of facts detailed for the limited purpose of demonstrating a sufficient legal basis for the plea of guilty exists. It is not intended to constitute a complete statement of all facts known by **LEWIS** or developed during the course of the investigation.

**APPROVED AND ACCEPTED:**

_____  	11/2/22
RANDI LEWIS  	Date
Defendant

_____  	11/2/22
JERROD THOMPSON-HICKS  	Date
(Louisiana Bar No. _____)
Attorney for Defendant Lewis

_____  	11-2-22
JORDAN GINSBERG  	Date
(Illinois Bar. No. 6282956)
Assistant United States Attorney