UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

VERSUS                                                              No. 22-18

RANDI LEWIS                                                        SECTION I

### ORDER & REASONS

Before the Court is a motion[1] by defendant to extend the one-year period of limitation in which defendant may file a motion pursuant to 28 U.S.C. § 2255. However, federal courts lack jurisdiction to entertain such motions. *See, e.g.*, *United States v. Bautista*, 548 F. App'x 254 (5th Cir. 2013) (per curiam) ("The district court lacked jurisdiction to entertain Bautista's motion for an extension of time to file a § 2255 motion.") (citing *United States v. Leon*, 203 F.3d 162, 163 (2d Cir. 2000)).

Second, defendant states he "also would like a court transcript of [his] case."[2] The Court construes this request as a motion for copies of these records at the Court's expense in preparation for his filing a § 2255 motion. *Cf. United States v. Smith*, No. 02-cr-385, 2024 WL 3161889, at *1 (E.D. La. June 25, 2024) (Africk, J.). A federal prisoner is entitled to a free transcript in proceedings brought under § 2255 "if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f). The transcript "will not be provided, though, where a movant contends that

---

[1] R. Doc. No. 78.
[2] *Id.*

he needs them to formulate a claim or to review for facts that may support a potential habeas petition." *United States v. Hernandez-Cuellar*, No. 21-40051, 2021 WL 4484963, at *1 (5th Cir. Sept. 30, 2021) (per curiam). Rather, "[h]e is required to demonstrate that the transcript is necessary for the proper disposition of his claims." *United States v. Watson*, No. 02-30604, 2003 WL 1109766, at *1 (5th Cir. Feb. 19, 2003) (per curiam).

Lewis has not provided a specific reason for his request. Nor has he explained the relationship of the transcript to any ongoing proceeding. Furthermore, the Court notes that neither an appeal nor a § 2255 motion are pending. Consequently, the Court cannot certify that Lewis is pursuing a non-frivolous matter or that the transcript is needed to decide the issues therein. *Cf. Smith*, 2024 WL 3161889, at *1.

For the foregoing reasons,

**IT IS ORDERED** that the motion for an extension is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for a free transcript is **DENIED**.

New Orleans, Louisiana, September 25, 2024.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**